**07 CV 11140**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

SEASCAPE MARINE LTD.,

          Plaintiff,

- against -

ARDAF S.A. INSURANCE & REINSURANCE CO.

          Defendant.

----------------------------------------X

07 Civ.

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: December 11, 2007
      New York, NY

          The Plaintiff,
          SEASCAPE MARINE LTD.

          By: *[signature]*
          Nancy R. Peterson (NP 2871)
          Patrick F. Lennon (PL 2162)
          LENNON, MURPHY & LENNON, LLC
          The Gray Bar Building
          420 Lexington Ave., Suite 300
          New York, NY 10170
          (212) 490-6050
          facsimile (212) 490-6070
          nrp@lenmur.com
          pfl@lenmur.com