UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SEASCAPE MARINE LTD.,                          :        07 CV 11140

                              Plaintiff,        :

                                                :        ECF CASE

         - against -                            :        **EX PARTE ORDER**
                                                :        **FOR PROCESS**
ARDAF S.A. INSURANCE & REINSURANCE CO.,    :        **OF MARITIME**
                                                :        **ATTACHMENT**
                              Defendant.        :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12·13·07

WHEREAS, on December 11, 2007 Plaintiff, SEASCAPE MARINE LTD., filed a

Verified Complaint, herein for damages amounting to **$2,324,025.94** inclusive of interest, costs

and reasonable attorneys' fees, and praying for the issuance of Process of Maritime Attachment

and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty

and Maritime Claims of the Federal Rules and Civil Procedure; and

         WHEREAS, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal, or other designated process server, attach any and all of the

Defendant's property within the District of this Court; and

         WHEREAS, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

         NOW, upon motion of the Plaintiff, it is hereby:

         ORDERED, that pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

effects, insurance premiums, insurance fees, insurance renewal charges, insurance payouts, debts

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY
DEPUTY CLERK

and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any

other funds or property up to the amount of **$2,324,025.94** belonging to, due or being transferred

to, from or for the benefit of the Defendant, including but not limited to such property as may be

held, received or transferred in Defendant's name or as may be held, received or transferred for

its benefit at, moving through, or within the possession, custody or control of banking/financial

institutions and/or other institutions or such other garnishees to be named on whom a copy of the

Process of Maritime Attachment and Garnishment may be served; and it is further

   **ORDERED** that supplemental process enforcing the Court's Order may be issued by the

Clerk upon application without further Order of the Court; and it is further

   **ORDERED** that following initial service by the U.S. Marshal, or other designated

process server, upon each garnishee, that supplemental service of the Process of Maritime

Attachment and Garnishment, as well as this Order, may be made by way of facsimile

transmission or other verifiable electronic means, including/e-mail, to each garnishee; and it is

further

   **ORDERED** that service on any garnishee as described above is deemed effective

continuous service throughout the day from the time of such service through the opening of the

garnishee's business the next business day; and it is further

   **ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means.

Dated: December 12 , 2007              SO ORDERED

                                       U. S. D. J.