CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| SEASCAPE MARINE LTD., | : | |
| | : | |
| Plaintiff, | : | **07-CV-11140** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| ARDAF S.A. INSURANCE & REINSURANCE CO., | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        December 17, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Societe Generale New York Branch

                By: _____
                          Richard J. Reisert (RR-7118)
                          7800 River Road
                          North Bergen, NJ  07047
                          Tel: (201) 537-1200
                          Fax: (201) 537-1201
                          Email:  reisert@navlaw.com