**RECEIVED**
JUN 19 2008
JUDGE SIDNEY H. STEIN

# LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| The GrayBar Building | Patrick F. Lennon – *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| phone (212) 490-6050 | Nancy R. Siegel – *nrs@lenmur.com* | phone (203) 256-8600 |
| fax (212) 490-6070 | Coleen A. McEvoy – *cam@lenmur.com* | fax (203) 256-8615 |
| | Anne C. LeVasseur – *acl@lenmur.com* | |

June 19, 2008

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08**

*Via Facsimile (212) 805-7924*
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007-1581

Re:   Seascape Marine v. Ardaf S.A.
      Docket No. 07 Civ. 11140 (SHS).
      Our Ref: 07-1310

**MEMO ENDORSED**

Dear Judge Stein:

We write to provide the Court with the status of the above-captioned case and to request an adjournment of the pre-trial conference scheduled for Thursday, June 26, 2008 at 10:00 a.m.

We are attorneys for the Plaintiff in this admiralty action brought pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. On December 12, 2007, an Ex Parte Order authorizing process of maritime attachment was issued permitting restraint of Defendant's property in the hands of garnishee banks located within the Southern District of New York.

Defendant's property was restrained by Wachovia on or about March 27, 2008 in the amount of $11,302.00, by Bank of New York on or about April 4, 2008 in the amount of $11,839.00, by American Express Bank on or about April 22, 2008 in the amount of $3,750 and by Standard Chartered Bank on or about April 22, 2008 in the amount of $4,784.00, pursuant to service of the Ex-Parte Order of Attachment and accompanying Writ. Notice of the attachment was duly sent to the Defendant pursuant to the Local Rules.

Defendant has failed to answer or otherwise respond to the notice of attachment. We are currently examining whether Defendant has been trading through any alter-egos and/or shell companies in order to avoid further attachment. If so, we intend to amend the Complaint to add these entities to the action (and the Order of Attachment).

In light of the foregoing, we respectfully request that the pre-trial conference in this matter be adjourned for sixty days and that we be allowed to serve the Process of Maritime Attachment for another ninety (90) days ~~in the hopes of seeking full security for Plaintiff's claim~~.

*pretrial conference adjourned to 9/26/08, at 10:30 a.m.*

Should your Honor have any questions or comments we are available to discuss the same at any convenient time to the Court. This is Plaintiff's first request for an adjournment. We thank your Honor for consideration of this request.

Respectfully submitted,

Coleen A. McEvoy

CAM/bhs

SO ORDERED 6/19/08

SIDNEY H. STEIN
U.S.D.J.

2